UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

      Plaintiff,

   v.

S. STOW, *et. al.*,

      Defendants.

Case No.  2:25-cv-2547-JDP (P)

ORDER

Defendants have moved for an extension of time to file a response to the first amended complaint.  ECF No. 12.  Good cause being shown, their request will be granted.

Accordingly, it is ORDERED that defendants' motion for extension of time, ECF No. 12, is GRANTED and their responsive pleading is due May 11, 2026.

IT IS SO ORDERED.

Dated:    April 13, 2026                        _____

                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

1